# United States District Court

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**DAVID JOSEPH GIL**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **1:95CR05235-01 OWW**<br><br>HARRY DRANDELL<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt  to violation of charge(s) One, Two and Three  as alleged in the violation petition filed on 01/03/2006 In addition the Defendant admitted guilt to violation of charge One as alleged in the second violation petition filed on 05/19/2006.

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 1 | Use of A Controlled Substance | 12/5 & 6, 2005 |
| Charge 2 | Leaving the Judicial District w/o Permission | 12/2/2005 |
| Charge 3 | Failure to follow Directions of the Probation Officer | 12/2/2005 |
| Charge 1 | Use of a Controlled Substance | 03/06/2006 & 04/19/2006 |

The court: [✔] revokes,  supervision heretofore ordered on   02/12/1998  .

The defendant is sentenced as provided in pages 1 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[x]  Charge(s) two and three   is/are dismissed of violation petition filed 05/19/2006.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 14, 2006
Date of Imposition of Sentence

/s/ OLIVER W. WANGER
Signature of Judicial Officer

**OLIVER W. WANGER**, United States District Judge
Name & Title of Judicial Officer

August 23, 2006
Date

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment
Case 1:95-cr-05235-OWW  Document 59  Filed 08/23/06  Page 2 of 3

| | | |
|---|---|---|
| CASE NUMBER: | 1:95CR05235-01 OWW | Judgment - Page 2 of 3 |
| DEFENDANT: | DAVID JOSEPH GIL | |

# IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 DAYS .

The defendant is further ordered to comply with all previously ordered conditions of supervision and the following special conditions pending surrender for sentence on October 21, 2006.

1.  The defendant shall comply with the conditions of home detention until service of sentence on October 21, 2006. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the defendant's probation officer.  The defendant will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

At the discretion of the probation officer, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by the probation officer.  The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

The probation officer is directed to monitor the defendant's compliance with ordered conditions.


[ ]     The court makes the following recommendations to the Bureau of Prisons:


[ ]     The defendant is remanded to the custody of the United States Marshal.


[ ]     The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.


[✔]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [✔] before 2:00 p.m. on 10/21/2006 .
       [✔] as notified by the United States Marshal.
       [✔] as notified by the Probation or Pretrial Services Officer.
       If no such institution has been designated, to the United States Marshal for this district.

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment     Case 1:95-cr-05235-OWW   Document 59   Filed 08/23/06   Page 3 of 3

| | | |
|---|---|---|
| CASE NUMBER: | 1:95CR05235-01 OWW | Judgment - Page 3 of 3 |
| DEFENDANT: | DAVID JOSEPH GIL | |

# RETURN

I have executed this judgment as follows:

_____

_____

_____

　　　Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                                               _____
                                                                                       UNITED STATES MARSHAL

                                                                         By _____
                                                                                       Deputy U.S. Marshal