```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )
                               )
              Plaintiff        )         1:95-CR-5235 OWW
                               )
     v.                        )
                               )
DAVID JOSEPH GIL,              )
                               )
              Defendant        )    ORDER CHANGING SURRENDER DATE
_____)
```

As the original surrender date issued by this Court is a Saturday, IT IS ORDERED that the defendant David Joseph Gil surrender to the United States Marshal, or the designated facility by 2:00 PM on Friday, October 20, 2006.

Dated: August 31, 2006

/s/ OLIVER W. WANGER_____
OLIVER W. WANGER
United States District Judge

1